IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**JOSEPH ANSON PHILLIPS,**<br>             Defendant | NO. 5: 06-MJ-05-14 (CWH)<br><br>REMOVAL PROCEEDINGS<br>FROM THE NORTHERN DISTRICT OF GEORGIA<br>Violation No. F2838594-NG10 |

## ORDER OF REMOVAL

The above-named defendant is charged in a VIOLATION NOTICE with violation of 21 U.S.C. §844(a), alleged to have been committed in the **NORTHERN DISTRICT OF GEORGIA**.

**Brief Description of Charge:**

SIMPLE POSSESSION OF MARIJUANA

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant has been admitted by the defendant.

The court further finds that conditions for the release of this defendant can be set by the court to insure his/her appearance in the district of prosecution; a separate Order of Release has been entered by the court.

**ACCORDINGLY,** SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN (if any), the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rule 40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 25th day of MAY, 2006.

*/s/ Claude W. Hicks, Jr.*

**CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE**